## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEPHANIE DE ANGELIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17 cv 985 |
| | ) |
| CG CONSULTING, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff, STEPHANIE DE ANGELIS, and Defendants, CG CONSULTING, LLC, HOUSTON KP, LLC, ZIGOT, LLC, POLEKATZ GENTLEMEN'S CLUB, LLC, MARSHALL INTERNATIONAL, LLC, PERA ODISHOO, ANTHONY QUARANTA, STEPHEN DABROWSKI, and NICHOLAS CASTALDO, through their undersigned attorneys, hereby stipulate to a dismissal of this action *with prejudice* as to Plaintiff's individual claims, and *without prejudice* as to the claims of the putative class members, with each side to bear its own costs and attorneys' fees, unless otherwise provided for. No notice to the putative class is required as no class has been certified in this action.

So agreed to this 7th day of August, 2018.

/s/ Steven C. Babin, Jr.
Steven C. Babin, Jr.   (0093584)
Lance Chapin          (0069473)
Chapin Legal Group, LLC
580 South High Street, Suite 330
Columbus, Ohio 43215
Telephone:    614.221.9100
Facsimile:    614.221.9272
steven.babin@chapinlegal.com
lance.chapin@chapinlegal.com
*Attorneys for Plaintiff*
*Stephanie De Angelis, et al.*

/s/ Sara S. Zorich_____
Michelle L. Casper (0091321)
Jeffrey A. Risch (Pro hac vice)
Molly A. Arranz (Pro hac vice)
Sara S. Zorich (Pro hac vice)
SmithAmundsen, LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
312-894-3200
312-894-3210 (fax)
mcasper@salawus.com
jrisch@salawus.com (Pro Hac Vice)
marranz@salawus.com (Pro Hac Vice)
szorich@salawus.com (Pro Hac Vice)

*Counsel for Defendants CG Consulting, LLC, Houston KP, LLC, Zigot, LLC, Nicholas Castaldo, and Anthony Quaranta*

/s/ Anne E. Duprey _____
Catherine F. Burgett (0082700)
Anne E. Duprey (0087798)
FROST BROWN TODD LLC
10 West Broad Street, Suite 2300
Columbus, Ohio 43215
Telephone: (614) 464-1211
Facsimile: (614) 464-1737
cburgett@fbtlaw.com
aduprey@fbtlaw.com

*Counsel for Pera Odishoo and Marshall International, LLC*

/s/ Tyler B. Pensyl_____
Tyler B. Pensyl (0080649)
Michael J. Ball (0084150)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6334
Facsimile: (614) 719-5072
tbpensyl@vorys.com
mjball@vorys.com

 *Attorneys for Defendants Polekatz Gentleman's Club, LLC and Stephen Dabrowski*